# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **BSJ TRAVEL INC.**, a Utah corporation, including and on behalf of the present and future officers and agents of BSJ Travel, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>**OGDEN CITY AIRPORT;** and **OGDEN CITY**, a municipality in the State of Utah; **GARY WILLIAMS**, an individual and Government Official; **BRYANT GARRETT**, an individual and Government Official; and **JOHN DOES 1-10**,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:22CV156 DAK-DAO<br><br>Judge Dale A. Kimball |

Pursuant to the Memorandum Decision and Order dated July 31, 2023, judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED this 31st day of July, 2023.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

1